UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60407-CIV-LENARD/WHITE

**MICHAEL L. LISI,**

    Petitioner,

vs.

**WALTER A. McNEIL,**

    Respondent.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 19), DENYING PETITION FOR WRIT OF HABEAS CORPUS (D.E. 1), AND CLOSING CASE

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Patrick A. White ("Report," D.E. 19), issued on March 22, 2010, recommending denial of Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition," D.E. 1), filed on or about March 9, 2009. The Report recommends the Court deny the Petition on the merits. The Report further instructs the Parties that they had fourteen days to file objections. As of the date of this Order, Petitioner has not filed objections or otherwise responded to the Report. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Based on a review of the Magistrate Judge's Report, the Petition, the related pleadings, and the record, it is hereby

**ORDERED AND ADJUDGED** that:

1.  The Report and Recommendation of Magistrate Judge Patrick A. White (D.E. 19), issued on March 22, 2010, is **ADOPTED**;

2.  Consistent with the Report and this Order, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (D.E. 1), filed on or about March 9, 2009, is **DENIED**;

3.  All pending motions not otherwise ruled upon are **DENIED AS MOOT**;

4.  This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of April, 2010.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**